UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE ESTATE OF WILLIAM SCALES,<br><br>                              Plaintiff,<br><br>            -against-<br><br>ATU LOCAL 1181,<br><br>                              Defendant. | 23-CV-9009 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the March 15, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   March 15, 2024
            New York, New York

                                                            /s/ Laura Taylor Swain
                                                        LAURA TAYLOR SWAIN
                                                      Chief United States District Judge